JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PRADO, individually, and on behalf other similarly situated employees,<br><br>       Plaintiff,<br><br>   vs.<br><br>BRENNTAG PACIFIC, INC.; and DOES 1through 25, inclusive<br><br>      Defendants. | Case No. 2:25-cv-05150 MWF (BFMx)<br><br>[Los Angeles County Superior Court Case No. 25STCV13205]<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE FAIR CREDIT REPORTING ACT CLAIM AND REMAND THE CASE TO STATE COURT** |

///

///

///

///

///

///

///

///

///

///

**ORDER GRANTING STIPULATION TO DISMISS THE FAIR CREDIT REPORTING ACT CLAIM AND REMAND THE CASE TO STATE COURT**

1       The Court, having reviewed and considered the Joint Stipulation to Dismiss the

2 Fair Credit Reporting Act Claim and Remand the Case to State Court (Docket No. 9),

3 and good cause appearing therefor, **ORDERS** as follows:

      1.  The Eleventh Cause of Action for Violation of 15 U.S.C. §§1681

          b(b)(2)(A) (Fair Credit Reporting Act) ("FCRA") is hereby DISMISSED

          from the operative complaint without prejudice; and

      2.  This action is hereby REMANDED to the Superior Court of California

          for the County of Los Angeles.

    IT IS SO ORDERED.

Dated:  July 7, 2025

                                _____

                          MICHAEL W. FITZGERALD
                          United States District Judge

- 2 -
**ORDER GRANTING STIPULATION TO DISMISS THE FAIR CREDIT
REPORTING ACT CLAIM AND REMAND THE CASE TO STATE COURT**